■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. DANDRIDGE, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Smith, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENCESLAO AYALA, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Hurlbutt, J.P., Martoche, Centra and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ULNER LEE STILL, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Smith and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN L. BRYANT, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Centra, Lunn and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL R. TOPOLSKI, Appellant. [842 NYS2d 353]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.

■ RAYMOND SWIERCZYNSKI et al., Respondents, v JOAN O'NEILL et al., Respondents and COUNTY OF ERIE, Appellant. (Appeal No. 2.) [842 NYS2d 353]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.

■ JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent. (Appeal No. 2.) [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

■ MARILYN J. CHISHOLM, Appellant, v CHARLES R. DEROSE et al., Respondents. [842 NYS2d 353]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Gorski, J.P., Martoche, Centra, Lunn and Green, JJ.

■ NICHOLAS PIAZZA, Appellant, v SHAW CONTRACT FLOORING SERVICES, INC., Doing Business as SPECTRA CONTRACT FLOORING, et al., Respondents. [842 NYS2d 353]—Motion for reargument denied. Present—Hurlbutt, J.P., Martoche, Smith, Centra and Peradotto, JJ.